# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00134-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| OMAR URIARTE-FELIX, ) | |
| Defendant. ) | |

   Before the Court for consideration is Defendant Uriarte-Felix's Motion to Suppress (Doc. #70) filed January 3, 2009. On April 15, 2009, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #95) recommending that Defendant's Motion to Suppress (Doc. #70) be denied.

   On May 30, 2009, Defendant Uriarte-Felix filed an Objection to Magistrate Judge Leen's Report and Recommendation (Doc. #104). Plaintiff United States filed a Response to Defendant's Objections (Doc. #105).

///

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #95) should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant's Objections (Doc. #104 ) are Overruled and Magistrate Judge Leen's Findings and Recommendations (Doc. #95) is Affirmed and Defendant's Motion to Suppress (Doc. #70) is DENIED.

DATED: June 2, 2009.

*[signature]*
PHILIP M. PRO
United States District Judge